In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY (160 EAST 48TH ST., NEW YORK CITY).

THE SIDNEY S. PRINCE FOUNDATION, INC., on Behalf of Itself and Other Certificate Holders Similarly Situated, Respondent; CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, and HENRY WEINER, as Trustee, Respondent.

Counsel appeared June 5, 1944; decided June 14, 1944.

*William M. Evarts, A. Donald MacKinnon* and *Grant Gilmore* for appellant.

*Lawrence S. Greenbaum, Jonas J. Shapiro, Theodore S. Jaffin* and *Monroe R. Lazere* for The Sidney S. Prince Foundation, Inc., respondent.

Appeal dismissed, without costs.